JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAKOTA ROSE LABELLA,

          Plaintiff,

      v.

MICHELLE KING,  Acting
Commissioner of Social Security,

         Defendant.

Case No. 2:24-cv-1211-SK

**JUDGMENT**

      It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: February 5, 2025

                    _____

                    HON. STEVE KIM
                    U.S. MAGISTRATE JUDGE